UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RIKY PERASSO,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS, et al.,<br><br>　　　　　　　　Defendants. | CASE NO. C18-5934 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 56. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

　　(1)　The R&R is **ADOPTED**;

　　(2)　Defendants' motion for summary judgment, Dkt. 45, is **GRANTED**; and

　　(3)　The Clerk shall enter JUDGMENT and close this case.

Dated this 12th day of May, 2020.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　BENJAMIN H. SETTLE
　　　　　　　　　　　　　　　　United States District Judge

ORDER